**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY ANDREW CONTRERAS, as an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a corporation, VISTAR TRANSPORTATION, LLC, a corporation, ROMA FOOD ENTERPRISES, INC., a corporation; PERFORMANCE TRANSPORTATION LLC, a limited liability corporation; and DOES 1-100,<br><br>Defendant. | CASE NO. 3:14-cv-03380<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR ENLARGEMENT OF BRIEFING DEADLINES RELATED THERETO**<br><br>**[Civ. L.R. 6-1]** |

**ORDER**

Having reviewed the Parties' Joint Stipulation to Extend Time to Respond to First Amended Complaint and for Enlargement of Briefing Deadlines Related Thereto, and Good Cause Appearing, the Court HEREBY RULES AS FOLLOWS:

1. Plaintiff's time within which to file any opposition to Defendants' Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint [Dkt. #18] is hereby extended fourteen (14) days and shall be filed no later than October 14, 2014; and

2. Defendants' time within which to file any reply to Plaintiff's above-referenced opposition shall be and hereby is enlarged by 7 days and shall be filed no later than October 28, 2014.

DATED: 9/22/14

By: _____
Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

## CERTIFICATE OF SERVICE

     I, Michael S. Morrison, an employee of the City of Santa Monica, certify that on September 18, 2014, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR ENLARGEMENT OF BRIEFING DEADLINES RELATED THERETO**

| *Counsel for Defendants:* | *Co-Counsel for Plaintiff:* |
|---|---|
| Matthew C. Kane, Esq.<br>Sabrina A. Beldner, Esq.<br>McGUIREWOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>T:    310 315 8200<br>F:    310 315 8210<br>E:    mkane@mcguirewoods.com<br>       skim@mcguirewoods.com | Bruce Z. Kokozian, Esq.<br>KOKOZIAN LAW FIRM, APC<br>8383 Wilshire Boulevard, Suite 1018<br>Beverly Hills, California 90211<br>T:    323 857 5900 |

September 18, 2014                                       ALEXANDER KRAKOW + GLICK LLP

                                                        s/ Michael S. Morrison
                                                        MICHAEL S. MORRISON
                                                        401 Wilshire Boulevard, Suite 1000
                                                        Santa Monica, CA 90401
                                                        Attorneys for Plaintiff,
                                                        JIMMY ANDREW CONTRERAS