UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE VENGRIS,

    Plaintiff,

  v.

PERFORMANCE FOOD GROUP, INC.,

    Defendant.

Case No. 15-cv-03223-YGR

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to Case No. 14-cv-3380 PJH, *Jimmy Andrew Contreras v. Performance Food Group, et al*.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE